

# Fourth Court of Appeals
## San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-20-00031-CR

**IN RE** Kevin **DEBNAM**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Liza A. Rodriguez, Justice

Delivered and Filed: February 5, 2020

PETITION FOR WRIT OF MANDAMUS DENIED

On January 21, 2020, relator filed a petition for writ of mandamus and an application for leave to file the petition. We deny as moot relator's application because leave is not required to file a petition for writ of mandamus in an intermediate appellate court. *See* TEX. R. APP. P. 52.1; *In re Medina*, 04-19-00041-CR, 2019 WL 360534, at *1 (Tex. App.—San Antonio Jan. 30, 2019, no pet.).

After considering the petition, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Do not publish

---

[1] This proceeding arises out of Cause Nos. 2019CR6484, 2019CR6485, 2019CR6494, & 2019CR6495, styled *The State of Texas v. Kevin Debnam*, pending in the 187th Judicial District Court, Bexar County, Texas, the Honorable Stephanie R. Boyd presiding.